

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUDREY BERNSTEIN,

                Plaintiff,

vs.

NEXTDECADE CORPORATION,

                Defendant.

Case No.: 2:17-cv-12137

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Audrey Bernstein voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 23, 2018

KANTROWITZ, GOLDHAMER
& GRAIFMAN P.C.

By: _____

Gary S. Graifman
Jay I. Brody
210 Summit Avenue
Montvale, New Jersey 07645
Tel: (201) 391-7000

Howard Longman
Michael J. Klein
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Attorneys for Plaintiff*

So Ordered —
Esther Salas, USDJ
2/26/18